## LYNDE cont[a] HAUGHTON

m[r] Simon Lynde plaint. cont[a] Robert Haughton and Sarah Phippeny Widdow or either of them Defend[ts] for neither paying the Summe of Forty nine pounds eight Shillings in money due to the plaint. the. 4th April: 1678 nor admitting (but obstructing him in) the Sale or disposall of a Warehouse wharfe & ground &c[a] for the [ 574 ] effecting the s[d] payment as per a writing or Instrum[t] dated the third of April. 1676. wherein the s[d] Robert Haughton and Sarah Phippeny stand jointly and severally obliged for the s[d] payment, or the s[d] Lyndes disposall of the pu[r]misses for the Satisfying himselfe the afores[d] Summe with forbearance thereof and damages &c[a] The Attachm[t] being read the Defend[t] objected ag[t] the process that two actions were couched in it, The plaint. declared hee held to that of the Warehouse Wharfe ground &c[a]. . . . The Jury . . . found for the Defend[ts] costs of Court.

## HUDSON cont[a] IAY

Cap[tn] W[m] Hudson plaint. cont[a] Jone Jay Exec[x] of the last will of Tho: Jay, dece[d] Defend[t] according to Attachm[t] The Estate attached appearing to bee none of Tho: Jay's but convayed away ever since the year. 1649. The plaint. was nonsuted & costs granted the Defend[t]